## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

HOA VAN TANG,                                )
                                             )
       Petitioner,                     )
                                             )
v.                                           )      Case No. CIV-25-1468-J
                                             )
SCARLET GRANT,                               )
                                             )
       Respondent.                     )

## <u>JUDGMENT</u>

In accordance with the Court's order entered on this date, Petitioner's Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241 is granted. Petitioner's motion for an extension of time is denied as moot. Respondent shall release Petitioner Hoa Van Tang from custody immediately, subject to an appropriate Order of Supervision. United States Immigration and Customs Enforcement shall submit a declaration pursuant to 28 U.S.C. § 1746 affirming that Petitioner has been released from custody.

IT IS SO ORDERED this 6th day of February, 2026.

                                    BERNARD M. JONES, II
                                    UNITED STATES DISTRICT JUDGE